UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY ROBINSON, on behalf of himself and all others similarly situated<br><br>　　　　　　　　Plaintiff,<br><br>　　-v.-<br><br>APPLE INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-00877-JLR |

**ORDER**

AND NOW, this 21st day of February, 2023, upon consideration of the Joint Motion to Transfer to the Northern District of California, it is hereby ORDERED and DECREED that said Motion is GRANTED. This action is therefore transferred to the United States District Court for the Northern District of California, San Jose Division, immediately, without regard to the waiting period of Local Rule 83.1. The United States District Court for the Northern District of California will obtain exclusive jurisdiction.

BY THE COURT:

Dated: February 21, 2023
　　　　New York, New York

_____
Jennifer Rochon
United States District Judge